GRESS LUMBER COMPANY *v.* NEW EBENEZER ASSOCIATION *et al.*

1. Applying to the evidence introduced at the last trial of this case the principles of law governing the same as heretofore announced by this court, the plaintiff failed to establish its right to a recovery; and consequently there was no error in directing a verdict for the defendants.
2. It does not appear that any error was committed in admitting evidence offered in behalf of the defendants; but were this otherwise, the result would be the same, because, even if this evidence had been excluded, it would still appear that the plaintiff failed to make out a case.

Argued November 18, — Decided December 15, 1898.

Foreclosure of lien. Before Judge Spence. Pulaski superior court. August 9, 1898.

*DeLacy & Bishop*, for plaintiff.

*J. H. Martin, A. C. Pate* and *L. C. Ryan*, for defendants.

LUMPKIN, P. J. This is the fourth appearance here of the present case. See 85 *Ga.* 587; 89 *Ga.* 125; 100 *Ga.* 89. At the trial now under review, the judge directed a verdict for the defendants. The plaintiff's motion for a new trial, which was overruled, complains of alleged errors in admitting evidence, and also that the verdict was contrary to law and the evidence. We have carefully and closely read the brief of the evidence. Applying to it the rules of law governing this case, as laid down in 89 *Ga.*, supra, we are of the opinion that, the only legal outcome of the evidence was the verdict which the court directed. It does not appear that any error was committed in admitting the testimony objected to; but were this otherwise, the result would be the same, because, even if this testimony had been rejected, it would still appear that the plaintiff failed to make out a case. *Judgment affirmed. All the Justices concurring.*